**FILED**

**Feb 13, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

QUINCY JEREAL JONES,

                Defendants.

CASE NO. 1:25-CR-00219-KES-BAM

ORDER UNSEALING INDICTMENT

Good cause due to the defendant; pending appearance and arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the case against the above-captioned defendant only, be unsealed. It is further ordered that the redacted copy of the Indictment attached to the government's motion to unseal the Indictment be filed on the public docket.

DATED: **Feb 13, 2026**

_Eric P. Grosjean_

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE