**FILED**

**Apr 14, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

QUINCY JEREAL JONES AND
ALEXIS JAVIER TORRES ZARAGOZA,

              Defendants.

CASE NO. 1:25-CR-00219-KES-EPG

ORDER UNSEALING INDICTMENT

Good cause due to the defendants; pending appearance and arraignment of Defendant Alexis Javier Torres Zaragoza on the Indictment in the Southern District of California, it is hereby ordered that the indictment in the case against the above-captioned defendants and the docket in the above-captioned case be unsealed.

DATED:  **Apr 14, 2026**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE