UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>QUINCY JEREAL JONES,<br>ALEXIS JAVIER TORRES ZARAGOZA,<br>AND RANDY JEROME WILLIAMS, JR.,<br><br>                          Defendants. | CASE NO. 1:25-CR-00219-KES-EPG<br><br>ORDER UNSEALING SUPERSEDING INDICTMENT |

Good cause due to the defendants; pending appearance and arraignment of Defendant Randy Jerome Williams, Jr., on the Superseding Indictment in the Eastern District of California, it is hereby ordered that the superseding indictment in the case against the above-captioned defendants be unsealed.

IT IS SO ORDERED.

Dated:    **May 26, 2026**          _____

UNITED STATES MAGISTRATE JUDGE