CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
QUINCY JONES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>QUINCY JONES,<br>          Defendant. | Court Case#:  1:25-cr-00219 KES<br><br>**DEFENDANT'S REQUEST FOR ORDER PERMITTING DEFENDANT'S PRESENCE AT THE HOSPITAL FOR THE BIRTH OF HIS CHILD; Order**<br><br>Honorable Kirk E. Sherriff |

Defendant Quincy Jones ("Defendant"), by and through his attorney of record, Yan E. Shrayberman, respectfully submits this request for an order authorizing the assigned United States Probation Officer to approve, in the officer's discretion, Defendant's travel to and presence at the hospital for the birth of his child and during the associated hospital stay. In support of this request, Defendant states as follows:

1. Defendant is currently on supervised release in the above-captioned matter and is subject to a condition of location monitoring.

2. Defendant has remained in full compliance with all conditions of his supervised release, including the location-monitoring condition.

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

3. Defendant is expecting the birth of his child, which is anticipated on or about July 19, 2026. Defendant wishes to be present at the hospital for the birth of his child and during the associated hospital stay.

4. Defendant contacted his assigned United States Probation Officer regarding this request. The officer directed Defendant to seek authorization from the Court.

5. Defendant therefore requests that the Court authorize the assigned United States Probation Officer to approve, in the officer's discretion, Defendant's travel to and presence at the hospital on the day of the birth of his child and during the associated hospital stay, including any temporary adjustment of the location-monitoring condition reasonably necessary to permit such travel and presence.

6. This Court has authority to modify the conditions of supervised release at any time prior to the expiration of the term of supervision. The limited authorization requested here is consistent with Defendant's continued compliance and with the supervising officer's ongoing oversight of Defendant's location and conduct.

WHEREFORE, Defendant respectfully requests that the Court grant this request and enter the proposed order submitted herewith.

Respectfully,

Dated: June 30, 2026                    CROWN LAW FIRM

/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
QUINCY JONES

REQUEST FOR ORDER RE PRESENCE AT HOSPITAL FOR BIRTH                    -2-

**<u>ORDER</u>**

Having considered Defendant's Request for an Order Permitting Defendant's Presence at the Hospital for the Birth of His Child, and good cause appearing therefor, IT IS HEREBY ORDERED that the assigned United States Probation Officer is authorized to approve, in the officer's discretion, Defendant Quincy Jones's travel to and presence at the hospital on the day of the birth of his child and during the associated hospital stay, including any temporary adjustment of the location-monitoring condition reasonably necessary to permit such travel and presence.

All other conditions of supervision shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____

UNITED STATES MAGISTRATE JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

REQUEST FOR ORDER RE PRESENCE AT HOSPITAL FOR BIRTH   -3-